# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>       Plaintiff,<br>vs.<br><br>A1 SOLAR POWER, INC. et al.,<br><br>       Defendants. | CASE NO. 15cv2695-LAB (DHB)<br><br>**ORDER GRANTING MOTION TO AMEND NOTICE OF REMOVAL, DENYING MOTION TO REMAND WITHOUT PREJUDICE** |

Defendants Smart Energy Solar, Inc. and Leo Bautista removed this case from state court, (Docket no. 1), Ewing moved for remand, (Docket no. 3), and then Smart Energy and Bautista moved to amend their notice of removal. (Docket no. 4.) In their motion to amend, Smart Energy and Bautista contend their amended notice of removal will clarify defective allegations of jurisdiction made in the original notice of removal. (Docket no. 4 at 5–8.) That's an adequate basis for amendment. *See Barrow Dev. Co. v. Fulton Ins. Co.*, 418 F.2d 316, 317 (9th Cir. 1969). Smart Energy's and Bautista's motion to amend is **GRANTED**. They are to file their amended notice of removal within 5 calendar days of this order. Ewing's motion for remand is **DENIED WITHOUT PREJUDICE**. He may bring it again once the amended notice of removal is filed.

  **IT IS SO ORDERED**.

DATED: December 30, 2015

                *Larry A. Burns*
                **HONORABLE LARRY ALAN BURNS**
                United States District Judge