UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual;,<br><br>Plaintiff,<br><br>v.<br><br>A1 SOLAR POWER, INC., a California Corporation; A1 SOLAR POWER, LLC, a California limited liability company; PATRICK DETCHMAN, an individual; DAVID MALKA, an individual; SHRAGA AGAM, an individual; JACOB SHERF, an individual; IMAGE HOME DESIGN, INC., a California corporation (aka California Preferred Builders, Inc.); SMART ENERGY SOLAR, INC., a California corporation; LEOBARDO JOAQUIN BAUTISTA, an individual (aka Bautista Leo Joaquin); UNITED EXPRESS CONSTRUCTION, INC., a California Corporation; AMER DUYED, an individual; FREDI HAMIAS, an individual; TREEIUM INC., a California Corporation; MOTY GINSBURG, an individual; SOLARCITY CORPORATION, a Delaware Corporation; JAMES HENRY CAHILL, an individual; BENJAMIN JEREMIAH LIU, an individual; LYNDON ROBERT RIVE, an individual; PETER JOSHUA RIVE, an individual; BRIAN LEE ZIMMERLY, an individual; RENESOLA AMERICA INC., a Delaware Corporation; RENEHOMES, INC., a Delaware Corporation; JINHUI CHEN, an individual; JOHN DOES 1 - 100; ABC CORPORATIONS 1- 100,<br><br>Defendant. | Case No. 3:15-cv-02695-LAB-DHB<br><br>Superior Court Case No.: 37-2015-00035326-CU-BT-CTL<br><br>**JOINT STIPULATION TO REMAND ACTION TO STATE COURT; ORDER THEREON** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Plaintiff ANTON EWING, an individual appearing pro se ("Plaintiff"), and Defendants SMART ENERGY SOLAR, INC. ("Smart Energy") and LEOBARDO JOAQUIN BAUTISTA ("Bautista"), hereby stipulate as follows:

1. Plaintiff filed an action against Smart Energy, Bautista and other defendants, entitled *Ewing v. A1 Solar Power, Inc., et al.*, Case No. 37-2015-00035326-CU-BT-CTL in the Superior Court of the State of California for the County of San Diego. Plaintiff's Complaint was filed on October 20, 2015, and alleges causes of action for violations of California's Invasion of Privacy Act, 18 U.S.C. § 1964(c); 47 U.S.C. §227; Fraud; Trespass to Chattles; Caller ID Spoofing; and the Business and Professions Code (the "Action").

2. On December 1, 2015, Smart Energy and Bautista filed a Notice of Removal of Action under 28 U.S.C. § 1331, and pursuant to 28 U.S.C. 1441(c)(1)(A) with this Court, the United States District Court for the Southern District of California (Docket No. 1).

3. On December 7, 2015, Plaintiff filed his Motion to Remand the Action to state court (Docket No. 3).

4. In turn, on December 21, 2015, Smart Energy and Bautista moved this Court for leave to Amend their Notice of Removal of the Action (Docket No. 4). On December 30, 2015, this Court granted Smart Energy and Bautista's Motion to Amend, required Smart Energy and Bautista to file their amended notice of removal within 5 days of this order, and denied without prejudice, Ewing's motion for remand (Docket No. 7).

///
///
///

5. After both parties' contemplation of the foregoing and resolution discussions, Smart Energy and Bautista have decided to forego the filing of their amended notice of removal. Plaintiff on the one hand, and Smart Energy and Bautista have entered into a settlement of their dispute, without either party admitting any fault or liability for the alleged claims. In addition, the parties have agreed that the Action should be remanded to the Superior Court of the State of California for the County of San Diego for finalization of the parties' settlement, and dismissal of Smart Energy and Bautista with prejudice from the Action. To that end, the parties hereby stipulate that the Action be remanded to the Superior Court of the State of California for the County of San Diego, Case No. 37-2015-00035326-CU-BT-CTL.

6. The final resolution and release of Plaintiff's claims, with prejudice, against Smart Energy and Bautista is a necessary condition precedent to the parties' settlement being enforceable. In order to accomplish the foregoing, the parties have agreed, as set forth further within the settlement agreement, that it is necessary that this Action be remanded to the Superior Court of the State of California for the County of San Diego for the sole purposes of effectuating settlement of the parties.

7. Plaintiff expressly acknowledges that the intent of the instant Stipulation to Remand is for the sole purposes of obtaining the requested relief – settlement and full release of all claims. In the event that the settlement is thereafter not consummated for any reason whatsoever, Plaintiff expressly and affirmatively agrees that Smart Energy and Bautista may take the necessary steps to remove the matter back to the instant Court for resumption of the matter through final judgment. As such, the time restrictions under 28 U.S.C.A. Pt. IV, Ch. 89 and any other applicable Federal laws will not apply to Smart Energy and Bautista's right to remove the Action in the event that settlement is hereafter not consummated. In turn, Plaintiff does not waive his right to oppose any such removal, and may challenge the subsequent removal under applicable Federal laws. **The foregoing is a material condition of the instant stipulation.**

///

8. Plaintiff, Smart Energy and Bautista further stipulate that each party shall bear their own attorneys' fees and costs, if any, with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and Order.

DATED: January 7, 2016              WOOD, SMITH, HENNING & BERMAN LLP

By: _____
    RAYMOND BABAIAN
Attorneys for SMART ENERGY SOLAR, INC.
AND LEO BAUTISTA

DATED: January 4, 2016              PLAINTIFF ANTON EWING, in pro se

By:   */s/ - Anton Ewing*
      ANTON EWING

## ORDER

On January 6, 2016, Plaintiff ANTON EWING, an individual appearing pro se ("Plaintiff"), and Defendants SMART ENERGY SOLAR, INC. and LEOBARDO JOAQUIN BAUTISTA filed a Stipulation to Remand the Action to State Court. The Court having reviewing the Stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation to Remand the Action is **GRANTED**, subject to final consummation of the settlement between Plaintiff, and Defendants SMART ENERGY SOLAR, INC. and LEOBARDO JOAQUIN BAUTISTA. To that end, in the event that the settlement is hereafter not consummated for any reason whatsoever, Plaintiff expressly and affirmatively agrees that Smart Energy and Bautista may take the necessary steps to remove the matter back to the instant Court for resumption of the matter through final judgment. As such, the time restrictions under 28 U.S.C.A. Pt. IV, Ch. 89 and Federal Rules of Civil Procedure will not apply to Smart Energy and Bautista's right to remove the Action in the event that the settlement is not consummated. In turn, Plaintiff does not waive his right to oppose any such removal, and may challenge the subsequent removal under applicable Federal laws. The foregoing is a material condition of the parties' stipulation.

2. United States District Court for the Southern District of California, Case No. 15CV02695 LAB DHB, is hereby remanded to the Superior Court of the State of California for the County of San Diego, entitled *Ewing v. A1 Solar Power, Inc., et al.*, Case No. 37-2015-00035326-CU-BT-CTL.

**IT IS SO ORDERED**.

DATED: January ___, 2016

_____
Honorable Larry Alan Burns
United States District Court Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the County of San Bernardino, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 9333 Fairway View Place, Suite 200, Rancho Cucamonga, CA 91730-3824.

On January 6, 2016, I served the following document(s) described as **JOINT STIPULATION TO REMAND ACTION TO STATE COURT; ORDER THEREON** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I placed true copies of the foregoing document(s) enclosed in sealed envelopes addressed as shown on the Service List. I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Rancho Cucamonga, California, on that same day following ordinary business practices.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 6, 2016, at Rancho Cucamonga, California.

*Crystal M. Rose*

LEGAL:10436-0006/5268441.1 -1- Case No. 15CV2695 LAB DHB
JOINT STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON

## SERVICE LIST
### Ewing v. Smart Energy Solar, Inc.
### 3:15-cv-02695-LAB-DHB

| | |
|---|---|
| Anton Ewing<br>3077 Clairemont Drive #372<br>San Diego, CA 92117<br>Tel: (619) 719-9640<br>Email: anton@antonewing.com<br>**Plaintiff in Pro Per** | David R. Socher, Esq.<br>Attorney at Law PC<br>3443 Golden Gate Way, Suite F<br>Lafayette, CA 94549<br>Tel: (925) 962-9191 / Fax: (925) 962-9199<br>**Attorneys for Defendants, A1 Solar Power, Inc. A1 Solar Power, LLC; Patrick Detchman; David Malka and Shraga Agam** |
| Henry Nicholls, Esq.<br>Jeffrey Cohon, Esq.<br>Cohon & Pollak, LLP<br>10250 Constellation Blvd., Suite 2320<br>Los Angeles, CA 90067<br>Tel: (310) 231-4470 / Fax: (310) 231-4610<br>Email: hnicholls@cohonpollak.com<br>**Co-Counsel for Defendants, A1 Solar Power, Inc. A1 Solar Power, LLC; Patrick Detchman; David Malka and Shraga Agam** | Renesola America Inc.<br>CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017 |
| Matthew Gunawan, Registered Agent<br>Renehomes, Inc.<br>301 Howard Street., Suite 850<br>San Francisco. CA 94105 | SolarCity Corporation<br>CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles. CA 90017 |
| Treeium Inc.<br>5253 Laurel Canyon Boulevard, Suite 200<br>Valley Village. CA 91607 | Moty Ginsburg<br>Treeium Inc.<br>6440 Lusk Boulevard, Suite D-209<br>San Diego. CA 92121 |
| Jacob Sherf<br>Image Home Design, Inc.<br>20335 Ventura Blvd., Suite 422<br>Woodland Hills. CA 91364 | Ameer Duyeb<br>United Express Construction, Inc.<br>1550 Erwin Street, Suite 1001<br>Van Nuys. CA 91411 |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
9333 FAIRWAY VIEW PLACE, SUITE 200
RANCHO CUCAMONGA, CALIFORNIA 91730-3824
TELEPHONE 909 987 5240 ♦ FAX 909 987 5230